IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL VIZCARRONDO, | ) | No. CV-F-06-145 REC/SMS P |
| | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 7) AND |
| Plaintiff, | ) | DIRECTING CLERK OF COURT TO |
| | ) | RE-SERVE ORDER (Doc. 4) AT |
| vs. | ) | PLAINTIFF'S CURRENT ADDRESS |
| | ) | |
| | ) | |
| WASCO STATE PRISON MEDICAL | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 20, 2006, the United States Magistrate Judge recommended that the court dismiss this action because of plaintiff's failure to timely comply with a court order. The recommendation was served on plaintiff at Desert View MCCF in Adelanto, California.

However, plaintiff filed a notice of change of address on April 18, 2006, notifying the court that plaintiff's current address is:

///

1

1         Samuel Vizcarrondo
         P-24326
2         Wasco State Prison
         P.O. Box 6600
3         Wasco, CA 93280-6600

4 The court further notes that on April 21, 2006 the Clerk's Office

5 re-served the "Order to Submit Certified Copy of Prison Trust

6 Account Statement or Pay Filing Fee" (Doc. 4) on plaintiff, again

7 serving plaintiff at Desert View MCCF in Adelanto, California.

8     Because it appears that plaintiff timely filed a notice of

9 change of address and has not been served with the recommendation

10 at his present address, the court vacates the recommendation and

11 directs the Clerk of the Court to re-serve plaintiff with the

12 Order (Doc. 4) on plaintiff at Wasco State Prison as set forth

13 herein.

14 IT IS SO ORDERED.

15 **Dated: May 26, 2006**         **/s/ Robert E. Coyle**
   668554                            UNITED STATES DISTRICT JUDGE