UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMUEL VIZCARRONDO,                         1:06-cv-00145-OWW-SMS-P

        Plaintiff,                **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 20)

vs.

                          **ORDER DISMISSING ACTION**

WASCO STATE PRISON MEDICAL DEPARTMENT,

        Defendant.
_____/

Samuel Vizcarrondo ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 20, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within eleven (11) days. To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the Findings and Recommendations served on Plaintiff on January 5, 2007, as undeliverable. A notation on the envelope simply indicated: Return to Sender. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed December 20,
8 2006, are ADOPTED in full; and,
9    2.   This action is DISMISSED for Plaintiff's failure to
10 prosecute.
11 IT IS SO ORDERED.

**Dated:   February 7, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

2